IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PHARMACIA CORPORATION and SOLUTIA INC.,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | ) Case No. 02-cv-0428-MJR |
| **ILLINOIS DEPARTMENT OF TRANSPORTATION,** *et al.*, | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

**REAGAN, District Judge:**

On July 29, 2005, Plaintiff Pharmacia Corporation filed a "Motion to Voluntarily Dismiss Defendants" (Doc. 357) stating that, under **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2),** it voluntarily dismisses without prejudice all of its claims against Defendants Glidden Company and U.S. Paint Corporation.  Accordingly, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**, the Court hereby **DISMISSES** *without prejudice* all of Pharmacia Corporation's claims against Glidden Company and U.S. Paint.

On August 29, 2005, Plaintiff Solutia filed a "Motion to Voluntarily Dismiss Defendants" (Doc. 358) stating that, under **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2),** it voluntarily dismisses without prejudice all of its claims against Defendants Glidden Company and U.S. Paint.  Accordingly, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**, the Court hereby **DISMISSES** *without prejudice* all of Solutia's claims against Glidden Company and U.S. Paint.

1

On September 9, 2005, Defendant U.S. Paint (Doc. 359) and Defendant Glidden (Doc. 360) both filed motions to "Dismiss All Cross-Claims and Counterclaims Against All Defendants and Plaintiffs" stating that, under **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** and **41(c)**, both Defendants voluntarily dismiss without prejudice any and all cross-claims and counterclaims by U.S. Paint and Glidden pending against any and all Defendants and Plaintiffs. Accordingly, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**, the Court hereby **DISMISSES** *without prejudice* all cross-claims and counterclaims by U.S. Paint and Glidden pending against any and all Defendants and Plaintiffs.

The Court **DIRECTS** Plaintiffs by October 7, 2005 to file a memorandum delineating which claims remain (including cross-claims and counterclaims) following these dismissals, and against which Defendants.

The Court **WILL CONDUCT** a hearing on all pending motions at 10:00 am on November 16, 2005.

**IT IS SO ORDERED.**

**DATED this 13th day of September, 2005.**

           **s/ Michael J. Reagan**
           **MICHAEL J. REAGAN**
           **United States District Judge**